# Court of Appeals
# of the State of Georgia

ATLANTA,____May 20, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1330.  DDR-SAU GREENVILLE POINT, LLC v. D. CLAY THOMAS
A/K/A CLAY THOMAS.**

Upon consideration of Appellant's MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____05/20/2016____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ *, Clerk.*